# Background Check Report



**ASURINT**
VERIFY EVERY HIRE
800.906.1674
support@asurint.com

## Search Information

Subject: taylor, jonathan
SSN:
DOB: 5/16/1980
Reference 1: Dayton
Reference 2:

Order ID: 13288123
Customer: Spherion of Lima, Inc
Order Date: 10/15/2014 10:13:53 AM
Completion Date: 10/15/2014 10:17:02 AM
Package: STANDARD SCREENING PACKAGE

## Summary Information

| Products | Coverage | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| VeriFynd | | Completed | 10/15/2014 | 10/15/2014 | Completed | |
| IQR Level I | | Completed | 10/15/2014 | 10/15/2014 | Completed | |
| National Criminal Information Bureau | (Montgomery *) | Completed | 10/15/2014 | 10/15/2014 | Record(s) Found | |

\* Based on your applicant's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

### History

| User | Date/Time | Status |
|---|---|---|
| VAdkins | 10/16/2014 09:36:17 AM | |

**Remarks:** PRE EMPLOYMENT-NO RECORDS FOUND-MKR



VeriFynd (Nationwide)

**JONATHAN TAYLOR**

### What is a VeriFynd Report?

A VeriFynd report verifies the information provided by the subject in addition to produces information on possible aliases. It lists historical addresses and telephone numbers associated with an individual from public records and validates those addresses against a database, that will provide an alert for non-residential locations. An Address History can assist in flagging address exceptions that may exist in public records and assist in focusing the criminal background investigation.

It is important to understand that public records are only as accurate as the agencies that furnish them. Please be sure to closely review the public information listed about the individual that you may be researching in the report.

The VeriFynd Report is for verification purposes only and as a non-FCRA product the information provided is prohibited from being used for purposes related to making eligibility determinations. The information provided is only as accurate as the agencies that input them. Please be sure to closely review the public information.

### Search Criteria

| Search Name: | JONATHAN TAYLOR - VERIFIED |
|---|---|
| Date of Birth: | 5/16/1980 - VERIFIED |

**Note:** NOT VERIFIED on your search criteria may indicate: the subject is too young to have established credit, a data entry error either by companies issuing credit or services, or in the submitted search criteria.

### Verifynd Option

| Setting: | Modified Alias |
|---|---|
| Searched By: | SSN |

### Social Security Administration SSN Verification

| SSN: | VALID (ISSUED) |
|---|---|
| Issue State: | OH |
| Issue Dates: | 1987 - 1988 |

**Note:** A validated SSN only indicates that it has been verified against information provided by the Social Security Administration. It does not verify that the SSN belongs to the subject of the search.

CONFIDENTIAL LIMA000002

*Report Summary*

**Possible Alias(es)**

JONATHAN ELLINGTON TAYLOR

| | Possible Address | DOB | Last Reported |
|---|---|---|---|
| | MONTGOMERY, OH | | 9/1/2014 |
| | VOLUSIA, FL | | 11/1/2000 |

JON E TAYLOR

| | Possible Address | DOB | Last Reported |
|---|---|---|---|
| | MONTGOMERY, OH | 5/16/1980 | 9/1/2014 |
| | VOLUSIA, FL | 5/16/1980 | 8/1/2010 |

JOHN TAYLOR

| | Possible Address | DOB | Last Reported |
|---|---|---|---|
| | MONTGOMERY, OH | 5/16/1980 | 11/1/2013 |
| | VOLUSIA, FL | 5/16/1980 | 5/1/2006 |

JON E TAYLOR II

| | Possible Address | DOB | Last Reported |
|---|---|---|---|
| | MONTGOMERY, OH | 5/16/1980 | 11/1/2013 |
| | VOLUSIA, FL | 5/16/1980 | 5/1/2006 |

JON TAYLOR

| | Possible Address | DOB | Last Reported |
|---|---|---|---|
| | MONTGOMERY, OH | | 12/1/2004 |
| | VOLUSIA, FL | | 8/1/2000 |

JON ELLINGTON TAYLOR

| | Possible Address | DOB | Last Reported |
|---|---|---|---|
| | MONTGOMERY, OH | | 9/1/2007 |

JON ELLINGTON TAYLOR

| | Possible Address | DOB | Last Reported |
|---|---|---|---|
| | MONTGOMERY, OH | | 9/1/2007 |

**USER SUBMITTED ADDRESSES FOR JONATHAN TAYLOR**

| Name | Address |
|---|---|
| JONATHAN TAYLOR<br>5/16/1980 | 200 ANGELA DR<br>GERMANTOWN, OH 45327 |

Important: The Public Records and other commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. This data is for information verification purposes only and cannot be used in determining eligibility for hire.

End of Section

National Criminal Information Bureau (Nationwide)

NCIB: Asurint's primary source data solution includes criminal information from the following: Felony and Misdemeanor courts, State Administrative Office of the Courts, State Department of Corrections, 50 State Sex Offender Registries and the District of Columbia, and criminal records from targeted single county search results. Criminal records are updated daily.

**DEPARTMENT OF CORRECTIONS REPORT**

OHIO - Warren                                                                                           Offense(s): 1

| JONATHAN TAYLOR | WHITE MALE | DOB: 5/16/1980 |
|---|---|---|

**CASE #A61646400 WARREN COUNTY**

**CASE SUMMARY**

| Case # | File Date | Court Type | Case Disposition | Disposition Date |
|---|---|---|---|---|
| A61646400 | n/a | DOC | n/a | n/a |
| **Offense(s)** | **Offense Date** | **Level** | **Offense Disposition** | **Disposition Date** |
| DRUG TRAFFICKING | n/a | n/a | n/a | n/a |

**CASE DETAILS**

OFFENSE - DRUG TRAFFICKING / Offense Location: WARREN

Supplemental Information
Code: 2925.03 4

Process Information
Trial: Offense: DRUG TRAFFICKING

CONFIDENTIAL LIMA000003

# CRIMINAL REPORT

**OHIO - Warren** Offense(s): 2

**JONATHAN TAYLOR**     **WHITE MALE**     DOB: 5/16/1980

## CASE #09CR25916 WARREN COMMON PLEAS

### CASE SUMMARY

| Case # | File Date | Court Type | Case Disposition | Disposition Date |
|---|---|---|---|---|
| 09CR25916 | n/a | UPPER | SENTENCING ENTR | n/a |
| Offense(s) | Offense Date | Level | Offense Disposition | Disposition Date |
| F2 AGG TRAFF IN DRUGS | n/a | FELONY | GUILTY/NO CONTEST TO REDUCED CHARGE | 10/05/2009 |
| F2 AGG POSS OF DRUGS | n/a | n/a | n/a | n/a |

### CASE DETAILS

**Supplemental Information:**
Judge: BRONSON, JUDGE NEAL B

**OFFENSE - F2 AGG TRAFF IN DRUGS (FELONY) DEGREE: SECOND**

Supplemental Information
Statute: 2925.03(A)(2)

Process Information
Trial: Offense: F2 AGG TRAFF IN DRUGS - FELONY Disposition: GUILTY/NO CONTEST TO REDUCED CHARGE

**OFFENSE - F2 AGG POSS OF DRUGS**

Supplemental Information
Statute: 2925.11(A)

Process Information
Trial: Offense: F2 AGG POSS OF DRUGS

End of Section

End of Report 1 of 1

Asurint · 800.906.1674 · support@asurint.com

CONFIDENTIAL LIMA000004