

CONFIDENTIAL LIMA000012