



### Edit History Item

- Close
- Save
- Refresh
- Delete
- Print
- Add Link
- Help

Subject |

Payroll Related

(OD) OFFER DECLINED - UNDERSIRABLE LOCATION

Template   No Template - Manual Entry

**General**   Options

Schedule As
Date / Time       11/11/2014   01:35 PM
Appointment End      / /    :
Alarm
User          VLA - VERONICA ADKINS
Event         OD - Offer Declined
Method        V - Verbal
Categorization

General Information
- JONATHAN TAYLOR
- EXEL
- SPHERION - EXEL (P&G DAYTON) / EXE
- LEVI HALL
- DAYS

Enter up to 100 characters                CAPS  NUM

Wednesday, Nov 11, 2015  02:28 PM

CONFIDENTIAL LIMA000014