

Wednesday, Nov 11, 2015 02:30 PM

CONFIDENTIAL LIMA000016



Wednesday, Nov 11, 2015 02:12 PM

CONFIDENTIAL LIMA000017