# Casto, Nicholas

| **From:** | Casto, Nicholas |
|---|---|
| **Sent:** | Thursday, August 4, 2016 4:50 PM |
| **To:** | John Soumilas; Lauren Brennan; Ilijana Vukas; Jim Francis |
| **Cc:** | Barath, William; Colunga, Isaac; Weisman, Robert |
| **Subject:** | Taylor/Spherion - Defendant's Production HIGH IMPORTANCE |

Counsel,

It has come to our attention that we inadvertently produced a privileged email in our July 21 and July 26, 2016 productions, Bates label LIMA000196.  Pursuant to section G of the protective order entered by the Court in this case, this inadvertent production does not constitute a waiver of our claim of privilege over this document, and we ask that you please immediately destroy any copies of this document, whether in paper or electronic form.

We are preparing a new production that redacts the privileged information and will mail a new version of the production that corrects this, as well as a few technical errors with our prior production, immediately.  We will also supply a privilege log for this document.

Again, we had no intention of producing this privileged email and kindly ask that you destroy all copies of document LIMA000196.  Please don't hesitate to contact me if you have any questions.  We apologize for any inconvenience this may case you.

Thanks,

Nick

IceMiller
LEGAL COUNSEL

**Nicholas A. Casto** | Associate| 200 West Madison Street, Suite 3500| Chicago, IL 60606
P: 312.726.8105 | F: 312.726.7104 | nicholas.casto@icemiller.com